UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AR-RAHEEM WILLIAMS,                           JUDGMENT
                                                00-CV- 4445 (DGT)
                     Petitioner,             00-CV- 4447 (DGT)
                                                00-CV- 4448 (DGT)
   -against-

E. R. DONNELLY, Superintendent,
Wende Correctional Facility,

                     Respondent.
----------------------------------------------------------------X

An Order of Honorable David G. Trager, United States District Judge, having been filed on September 16, 2005, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated April 12, 2005, after an independent review of the record; dismissing petitioner's applications for writs of <u>habeas corpus</u>; and ordering that Certificates of Appealabilty shall not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Roanne L. Mann is adopted; that petitioner's applications for writs of <u>habeas corpus</u> are dismissed; and that Certificates of Appealability shall not issue.

Dated: Brooklyn, New York
         September 16, 2005                                    s/Robert C. Heinemann
                                                                        ROBERT C. HEINEMANN
                                                                        Clerk of Court